## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**TRACY RILEY**                                                     **CIVIL ACTION**

**VERSUS**                                                          **No. 18-6984**

**OFFICE OF ALCOHOL & TOBACCO**                                     **SECTION I**
**CONTROL OF THE LOUISIANA**
**DEPARTMENT OF REVENUE, ET AL.**

## ORDER

Considering plaintiff Tracy Riley's motion[1] "for reconsideration reviewed by a 3 judge panel and matter set for oral arguments to reconsider court's ruling dismissing all defendants with prejudice and reconsider ruling of final judgment,"

**IT IS ORDERED** that the motion is **DENIED.**

New Orleans, Louisiana, February 25, 2019.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 270.