UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TRACY RILEY** | **CIVIL ACTION** |
| **VERSUS** | **No. 18-6984** |
| **OFFICE OF ALCOHOL & TOBACCO CONTROL OF THE LOUISIANA DEPARTMENT OF REVENUE, ET AL.** | **SECTION I** |

## ORDER

Plaintiff Tracy Riley ("Riley") filed a motion[1] requesting a hearing before the United States Magistrate Judge. The Court construes the motion as an objection to the Court's February 21, 2019 order which, in part, required Riley to delete videos from her social media accounts that were taken in violation of the Court's local rules.

**IT IS ORDERED** that the motion for a hearing is **DENIED.**

New Orleans, Louisiana, February 25, 2019.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 273.